1  BENJAMIN B. WAGNER
   United States Attorney
2  BAYLEIGH J. PETTIGREW
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff

7



FILED

MAY 18 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | CASE NO. 1:04-MJ-02169
12 |         Plaintiff,
   |                              | MOTION AND ORDER FOR DISMISSAL
13 | v.
14 | JOSE R. JIMENEZ,
15 |         Defendant.

16

17

18     The United States of America, by and through Benjamin B. Wagner,
19 United States Attorney, and Bayleigh J. Pettigrew, Special Assistant
20 United States Attorney, hereby moves to dismiss the Information filed
21 against Jose R. Jiminez on or about August 12, 2004, without
22 prejudice in the interest of justice, pursuant to Rule 48(a) of the
23 Federal Rules of Criminal Procedure.

24 DATED: May 8, 2015                    Respectfully submitted,
25
                                         BENJAMIN B. WAGNER
26                                       United States Attorney

27                              By:      /s/ Bayleigh J. Pettigrew
                                         BAYLEIGH J. PETTIGREW
28                                       Special Assistant U.S. Attorney

                                        1
                                                        U.S. v. Jiminez

# O R D E R

IT IS HEREBY ORDERED that the Information filed on August 12, 2004, against Jose R. Jiminez, be dismissed, without prejudice, in the interest of justice.

Dated:   May 18, 2015

HON. GARY S. AUSTIN
United States Magistrate Judge

cc: USM

2

U.S. v. Jiminez